UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARREN A. CROCKETT,

      Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

      Defendants.

_____/

Case No. 12-cv-13869
Hon. Matthew F. Leitman

## ORDER ON BRIEFING SCHEDULE AND REQUIRING PERSONAL APPEARANCE OF PLAINTIFF AT SUMMARY JUDGMENT HEARING

On July 20, 2015, Defendants Ford Motor Company and CBRE (collectively "Defendants") filed motions for summary judgment. (*See* ECF ## 70, 71.) On August 12, 2015, the Court entered a Stipulated Order extending the time for Plaintiff Warren Crockett ("Crockett") to file his response briefs to Defendants motions. (*See* ECF #73.) At that time, the Court required Crockett to file his response briefs no later than August 26, 2015. (*See id.*)

The Court held a telephonic status conference with counsel on August 25, 2015, during which Crockett's counsel requested an additional two weeks (until September 9, 2015) to file Crockett's response briefs. While the Court believes that a limited further extension is appropriate, it does not believe Crockett is entitled to the additional two weeks he has requested. Accordingly, **IT IS**

1

**HEREBY ORDERED** that Crockett's response brief(s) shall be filed no later than **September 3, 2015**. The Court anticipates that it will issue **NO** further extensions of this date absent extraordinary circumstances. Defendants shall file their reply brief(s) no later than **September 14, 2015**.

      **IT IS FURTHER ORDERED** that Crockett shall personally appear at the September 17, 2015, hearing on Defendants' motions.

      **IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2015, by electronic means and/or ordinary mail.

s/Amanda Chubb for Holly A. Monda  
Case Manager  
(313) 234-5113
